IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>  vs. )<br>TROY ANTHONY BOBO, )<br>        Defendant. ) | No. 1:96-CR-05252 OWW<br><br>ORDER OF RELEASE |

    The above named defendant having been sentenced on April 21, 2008 to 90 days at Westcare, followed by supervised release,

    IT IS HEREBY ORDERED that the defendant shall be released to Westcare on April 22, 2008 @ 10:00 AM. A certified Judgment and Commitment order to follow.


DATED: April 21, 2008_____

                                        /s/ OLIVER W. WANGER
                                        HONORABLE OLIVER W. WANGER
                                        U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1