Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**

NOV 1 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | TROY ANTHONY BOBO |
| **Docket Number:** | 1:96CR05252-01 REC |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | March 10, 1997 |
| **Original Offense:** | <u>Counts One, Three, Four, Five, Seven, Eight, Nine and Ten</u>: 18 USC 2113(a), Bank Robbery (Class C Felonies)<br><u>Count Six</u>: 18 USC 2113(a), Attempted Bank Robbery (Class C Felony)<br><u>Count Eleven</u>: 18 USC 922(g)(1), Felon in Possession of a Firearm (Class C Felony) |
| **Original Sentence:** | 151 months Bureau of Prisons; 36 months supervised release; $1,000 special assessment; $27,637.70 restitution; mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Financial disclosure; 4) Financial Restrictions; 5) Abstain from the use of alcohol; 6) Mental health treatment; and 7) Make monthly restitution payments. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | October 16, 2007 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice, Jr.    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Robert W. Rainwater    **Telephone:** (559) 487-5561 |

RE: **TROY ANTHONY BOBO**
Docket Number: 1:96CR05252-01 REC
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

**Other Court Action:**

**November 14, 2007:** Per Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender, the Court was notified of the offender's illicit drug use and failure to abstain from the use of alcohol and subsequently modified the offender's conditions of supervision to include the following: 1) Drug/alcohol testing; 2) Reside at the Comprehensive Sanction Center, Turning Point, for a period of up to 120 days.

**February 29, 2008:** Per Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender, the Court modified the offender's conditions of supervision, specifically, that he shall reside at the Comprehensive Sanction Center, Turning Point, for a period of up to 120 days.

**March 28, 2008:** Probation Form 12C, Petition for Warrant, filed with the Court, charging: 1) Failure to Reside and Participate in the Comprehensive Sanction Center; 2) Illicit Drug Use; and 3) Failure to Abstain From the Use of Alcohol. A no-bail federal arrest warrant was issued same date.

**April 3, 2008:** Offender appeared before the Magistrate Court and admitted to charges 1, 2 and 3 of the Petition filed on March 28, 2008. The matter was subsequently continued to April 21, 2008, for disposition.

**April 21, 2008:** Offender appeared before the District Court for a disposition hearing and was continued on supervised release. In addition, he was ordered to reside and participate in the Westcare residential treatment program for a period of up to 90 days, and upon successful completion of residential treatment, return to the Comprehensive Sanction Center, Turning Point, for a period of up to 120 days.

RE: **TROY ANTHONY BOBO**
Docket Number: 1:96CR05252-01 REC
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The offender shall reside at the Comprehensive Sanction Center-Turning Point for a period up to 120 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). In addition, payment of subsistence is waived in this case. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

**Justification:** Subsequent to his disposition hearing on April 21, 2008, the offender entered the 90 day residential treatment program at Westcare the following day. On July 21, 2008, he successfully completed residential treatment. On that same date, he was transported to the Comprehensive Sanction Center (CSC), Turning Point, to commence his public law placement, as he did not have adequate resources to obtain suitable independent living arrangements.

Since the commencement of his public law placement, the offender has not incurred any program violations and according to his case manager, he has remained cooperative. In addition, the offender consistently provides clean urine samples on a random basis and he has not committed any new law violations. Furthermore, the offender continues to participate in weekly individual drug counseling sessions and psychotherapy on a monthly basis.

While the offender has not yet obtained gainful employment, his case manager reported that the offender is actively seeking full-time employment on a daily basis. The offender continues to submit applications at various businesses and he has applied with Workforce Connection. In addition, the offender is currently participating in the Successful and Productive Re-Entry Program, a seven-week course designed to assist offender's with completing an employee portfolio and providing them with job assistance, training and skills.

**RE:  TROY ANTHONY BOBO**
**Docket Number:  1:96CR05252-01 REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
<u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

On November 17, 2008, the offender will have met his full term date at the CSC. Because he has been unable to develop a viable release plan, it appears that an extension on his public law placement is warranted. An additional public law placement for a period of up to 120 days, as well as a waiver of subsistence, will hopefully afford the offender adequate opportunities to obtain gainful employment and establish independent residency.

It is noted that the offender has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

Respectfully submitted,

*/s/ Brian J. Bedrosian*

**BRIAN J. BEDROSIAN**
**United States Probation Officer**
Telephone:  (559) 499-5721

**DATED:**   November 10, 2008
Fresno, California
BB

**REVIEWED BY:**   */s/ Hubert J. Alvarez*
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

RE: **TROY ANTHONY BOBO**
Docket Number: 1:96CR05252-01 REC
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

---

**THE COURT ORDERS:**

(X) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

11-10-08

**Date**

*[signature]*

**Signature of Judicial Officer**

cc: United States Probation
Dawrence W. Rice, Jr., Assistant United States Attorney
Robert W. Rainwater, Assistant Federal Defender
Defendant
Court File

Attachment: Probation Form 49

Prob 49
(03/89)

# United States District Court

## Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall reside at the Comprehensive Sanction Center-Turning Point for a period up to 120 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). In addition, payment of subsistence is waived in this case. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

Witness _____  Signed _____
**Brian J. Bedrosian**             **Troy Anthony Bobo**
U.S. Probation Officer             Probationer or Supervised Releasee

_____11-6-08_____
Date

Rev. 4/2007
VIOLATION_WAIVER (PROB49).MRG